UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 17 AM 7: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ROBERT LOTT | CIVIL ACTION |
| VERSUS | NO. 06-2132 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "C" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the plaintiff's objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. As set forth in the Findings and Recommendation, the Administrative Law Judge explained his consideration of Dr. Simon's findings in detail and substantial evidence exists in the record that supports the finding that the plaintiff has no severe impairments for purposes of his application for benefits.

Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 15 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

\_\_ Fee_____
\_\_ Process_____
X\_ Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____